**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANTHONY SALAZAR, | Case No. 2:19-cv-01870-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| CHAPLAIN CALDERIN, | |
| Defendant. | |

Presently before the court are Plaintiff's Motion Authorizing Presence of Assisting Inmate at her[1] Inmate Early Mediation Conference (IEM) (ECF No. 8) and Plaintiff's Motion to Stay or Extend Time for the IEM (ECF No. 9).

The court requests that the Office of the Attorney General file a response to Plaintiff's requests and outline the policy of the Nevada Department of Corrections (NDOC) as to (1) inmate availability to and/or utilization of Inmate Advocates, Inmate Assistants and/or Inmate Law Clerks, and (2) the Defendant's (or NDOC's) position with respect to Plaintiff's request to have an inmate assist Plaintiff at the mediation. Defendant's response shall be filed by January 23, 2020; Plaintiff's response, if any, shall be filed by January 30, 2020.

IT IS SO ORDERED.

DATED: January 14, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff informs the court that she is transgender and requests that the court use female pronouns when referring to her. (ECF No. 8 at 1.) The court will endeavor to do so at all times.