A. SALAZAR
NDOC NO. 1003740
HIGH DESERT STATE PRISON
POST OFFICE BOX 650
INDIAN SPRINGS, NV.
89070

PLAINTIFF IN PRO SE

```
                    FILED  _____  RECEIVED
              _____ ENTERED        SERVED ON
                              COUNSEL/PARTIES OF RECORD

                       JAN 30 2020

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| A. SALAZAR, <br><br> PLAINTIFF, <br><br> VS. <br><br> CHAPLAIN CALDERIN, <br><br> DEFENDANT. | CIVIL ACTION NUMBER 2:19-CV-01870 APG BNW <br><br> PLAINTIFF'S MOTION FOR COURT ORDER PROVIDING HER ECF NO.S 8 AND 9; FOR A 10 DAY EXTENSION TO REPLY TO THE ATTORNEY GENERAL'S RESPONSE TO ECF NO. 10; AND FOR EXTENSION OF THE FEBRUARY 28, 2020 IEM AND HER DUE DATE FOR SUBMISSION OF HER CONFIDENTIAL MEDIATION STATEMENT. |

  PLAINTIFF PROCEEDS PRO SE WITH THIS ACTION AND PROSECUTES THIS ACTION IN RELIANCE ON INMATE ASSISTANCE PURSUANT TO NDOC AR SECTION 722.04 AND JOHNSON V. AVERY, 393 U.S. 483, 490 (1969). PREVIOUSLY SHE FILED 2 MOTIONS ENTITLED "MOTION AUTHORIZING PRESENCE OF ASSISTING INMATE AT HER IEM CONFERENCE" (ECF NO. 8) AND "PLAINTIFF'S MOTION TO STAY OR EXTEND TIME FOR THE IEM" (ECF NO. 9). IN FILING THESE MOTIONS SHE SUBMITTED THE ORIGINAL OF SAID MOTIONS ACCOMPANIED WITH A SECOND COPY WHICH CONTAINED A NOTATION SEEKING THAT THE CLERK FILE AND RETURN PLAINTIFF'S LEGAL FILE COPIES TO ENSURE HER FILE RETENTION.

  THE MOTIONS CAME ON FOR HEARING ON JANUARY 14, 2020 BEFORE THE COURT (ECF NO. 10). BY VIRTUE OF THE JANUARY 14, 2020 ORDER, THE COURT DIRECTED THE ATTORNEY GENERAL TO FILE A RESPONSE TO ECF NO. 8 ADDRESSING THE 2 POINTS IDENTIFIED IN THE ORDER AND BY JANUARY 23, 2020. THEREAFTER PLAINTIFF WAS AFFORDED UNTIL JANUARY 30, 2020 TO FILE HER REPLY.

1

AS OF THE CURRENT DATE PLAINTIFF HAS NOT RECEIVED HER SOUGHT RETURN COPIES FOR HER LEGAL FILE IN WHICH TO REFRESH FROM AND RESPOND TO THE ATTORNEY GENERAL'S ANTICIPATED RESPONSE. ACCORDINGLY, SHE DILIGENTLY MOTIONS THE COURT FOR AN ORDER DIRECTING THE CLERK TO PROVIDE HER COPIES OF ECF NO.S 8 AND 9. SHE FURTHER MOVES THE COURT FOR A 10 DAY EXTENSION OF TIME TO REPLY TO THE AG'S ORDERED RESPONSE SPECIFICALLY INDICATING THAT SAID 10 DAY EXTENSION IS TO TRIGGER FROM THE DATE THAT THE CLERK DEPOSITS ECF NO.S 8 AND 9 FOR MAILING TO PLAINTIFF.

LASTLY, SHE RENEWS HER REQUEST FOR EXTENSION OF THE IEM CONFERENCE DATE OF FEBRUARY 28, 2020 AS WELL AS DUE DATE OF HER CONFIDENTIAL IEM STATEMENT UNTIL A TIME TO ENABLE BRIEFING AND RULINGS ON ECF NO.S 8 AND 9.

IN ACCORDANCE THIS MOTION IS RESPECTFULLY SUBMITTED.

RESPECTFULLY SUBMITTED,

DATED: JANUARY 28, 2020

BY: _____
(A. SALAZAR)
PLAINTIFF IN PRO SE

---

The Court reviewed and considered Plaintiff's statements in ECF Nos. 16 and 17. Good cause appearing,

**IT IS ORDERED** that ECF Nos. 16 and 17 are GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff copies of ECF Nos. 8 and 9.

**IT IS FURTHER ORDERED** that Plaintiff has until 2/24/20 to file a reply in support of ECF No. 8.

**IT IS FURTHER ORDERED** that the Clerk of Court is to reschedule the Inmate Early Mediation Conference to a date after March 6, 2020 with Mediator Raelene Palmer.

**IT IS FURTHER ORDERED** that the due date for the parties' mediation statements is continued.

**IT IS FURTHER ORDERED** that the Clerk of Court shall set a new due date for mediation statements in accordance with the new mediation date.

**IT IS SO ORDERED**

DATED: February 07, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

PROOF OF SERVICE BY MAIL
2:19-CV-01870 APG BNW

I, ANTHONY SALAZAR, HEREBY DECLARE THAT:

ON JANUARY 28, 2020, I SERVED THE FOLLOWING:

PLAINTIFF'S MOTION FOR COURT ORDER PROVIDING HER ECF NO.S 8 AND 9; FOR A 10 DAY EXTENSION TO REPLY TO THE ATTORNEY GENERAL'S RESPONSE TO ECF NO. 10; AND FOR EXTENSION OF THE FEBRUARY 28, 2020 IEM AND HER DUE DATE FOR SUBMISSION OF HER CONFIDENTIAL MEDIATION STATEMENT

ON THE BELOW LISTED PARTIES BY PLACING SAID DOCUMENTS INTO A PRE-PAID FIRST CLASS ENVELOPE AND DEPOSITING SAID CONTENTS INTO THE U.S. MAIL IN THE CITY OF INDIAN SPRINGS, COUNTY OF CLARK, ADDRESSED AS FOLLOWS:

JARED M. FROST
SENIOR DEPUTY ATTORNEY GENERAL
555 EAST WASHINGTON AVE
SUITE 3900
LAS VEGAS, NV, 89101

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

BY: _____
(ANTHONY SALAZAR)
DECLARANT

Tony Salazar #1003740
Hi Desert State Prison
P.O. Box 650
In Spring, Nevada
89070-0650

LEGAL MAIL

LAS VEGAS NV 890
29 JAN 2020 PM 3 L

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So. Rm. 1334
Las Vegas, Nevada
89101

89101-706934