UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY SALAZAR, | Case No. 2:19-cv-01870-APG-BNW |
|---|---|
| Plaintiff | ORDER |
| v. | |
| CHAPLAIN CALDERIN, | |
| Defendant | |

Due to a rescheduling of the inmate early mediation conference (ECF No. 20), the Court extends the stay until Wednesday, March 18, 2020. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until Wednesday, March 18, 2020.

It is further ordered that the Office of the Attorney General will file the report form regarding the results of the stay on Wednesday, March 18, 2020.

DATED THIS 14th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE