UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SALAZAR, | Case No. 2:19-cv-01870-APG-BNW |
| Plaintiff | ORDER |
| v. | |
| CHAPLAIN CALDERIN et al., | |
| Defendants | |

The Court extended the stay until April 13, 2020, to permit the parties to conduct further settlement negotiations as requested by the parties. (ECF Nos. 27, 28). The Court directs the Office of the Attorney General to file an updated status report by Friday, April 24, 2020, indicating whether this case will proceed onto the normal litigation track.

DATED THIS 21st day of April 2020.

_____
UNITED STATES MAGISTRATE JUDGE