AARON D. FORD
  Attorney General
ALEXANDER J. SMITH (Bar No. 15484C)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email:  ajsmith@ag.nv.gov

*Attorneys for Defendant*
*Julio Calderin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY SALAZAR,<br><br>                Plaintiff,<br><br>v.<br><br>CHAPLAIN CALDERIN,<br><br>                Defendant. | Case No. 2:19-cv-01870-APG-BNW<br><br>**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY (ECF NO. 43)**<br>**(FIRST REQUEST)** |

Defendant, Julio Calderin (Chaplain Calderin), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Alexander J. Smith, Deputy Attorney General (Attorney Smith), of the State of Nevada, Office of the Attorney General, hereby moves for a two-week extension of time to respond to Plaintiff Anthony Salazar's (Salazar) October 21, 2020 motion to compel discovery (ECF No. 43).

On November 2, 2020, Attorney Smith was assigned this case and over half a dozen others after his colleague Matthew Feeley recently departed the division. After calendaring was completed of all his new cases yesterday afternoon, Attorney Smith discovered that the deadline to respond to Salazar's motion to compel discovery (ECF No. 43) is today, November 4, 2020.

Page **1** of **3**

In order to familiarize himself with the case and to respond adequately and thoroughly (for example, Attorney Smith needs to obtain a declaration from Chaplain Calderin), Chaplain Calderin respectfully moves under Rule 6(b)(1), Federal Rules of Civil Procedure,* for a two-week extension to respond. For the reasons stated above, Chaplain Calderin argues that good cause exists to extend the response deadline, and Salazar will not be prejudiced by this short extension of time.

DATED this 4th day of November, 2020.

AARON D. FORD
Attorney General

By: /s/ Alexander J. Smith
ALEXANDER J. SMITH (Bar No. 15484C)
Deputy Attorney General

*Attorneys for Defendant Calderin*

**IT IS SO ORDERED**

**DATED:** 4:51 pm, November 06, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

* "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect."

Because this is not a deadline set in a scheduling order, Chaplain Calderin does not address Local Rule 26-1.